LEDDY, Respondent, v. SCHENCK, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from seventh district court.
Action by Thomas Leddy against Edward J. Schenck.
Argued before BOOKSTAVER and BISCHOFF, JJ.
Roesch & Fennel, for appellant.
N. N. Arnoud, for respondent.
No opinion. Judgment affirmed, with costs.

---

ROBINOWITZ, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from first district court.
Action by Bernard Robinowitz against the Prudential Insurance Company of America.
Argued before BOOKSTAVER and BISCHOFF, JJ.
Campbell, Hotchkiss & Reiley, for appellant.
A. H. Sarasohn, for respondent.
No opinion. Judgment reversed, new trial ordered, with costs to appellant to abide event.

---

RUBINS, Appellant, v. GROTE, Respondent.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from fourth district court.
Action by Davis Rubins against William F. Grote.
Argued before BOOKSTAVER and BISCHOFF, JJ.
H. Fox, for appellant.
B. Douras, for respondent.
No opinion. Judgment affirmed, with costs.

---

SCHWARZ, Respondent, v. LINDEMANN, Appellant.

(Common Pleas of New York City and County, General Term. April 26, 1893.)

Appeal from fifth district court.
Action by Leopold Schwarz against George Lindemann.
Argued before BOOKSTAVER and BISCHOFF, JJ.
A. P. Wagener, for appellant.
S. D. Levy, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

BARBER et al., Respondents, v. GRAY, Appellant.

(Common Pleas of New York City and County, General Term. May 1, 1893.)

Appeal from city court, general term.
Action by Marshall Barber and another against Albert Gray.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
H. Fromme, for appellant.
Billings & Cardoza, for respondents.
No opinion. Judgment affirmed, with costs. See 23 N. Y. Supp. 313.